ACCEPTED
03-15-00165-CV
5110703
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 9:04:51 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00165-CV

# IN THE THIRD COURT OF APPEALS OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/30/2015 9:04:51 PM
JEFFREY D. KYLE
Clerk

**NCM ACQUISITIONS, LLC**,

*Appellant*,

v.

**THOMAS DWAYNE ODELL**,

*Appellee.*

ON APPEAL FROM THE 22ND JUDICIAL DISTRICT COURT OF HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14-1972

## APPELLANT'S UNOPPOSED MOTION TO DISMISS INTERLOCUTORY APPEAL

Dr. J. Hyde
Texas Bar No. 24027083
**THE J. HYDE LAW OFFICE, PLLC**
111 E. 17th Street #12015
Austin, TX 78711
Telephone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

*Attorney for Appellant*
*NCM Acquisitions, LLC*

## IN THE THIRD COURT OF APPEALS OF TEXAS

**NCM ACQUISITIONS, LLC**,

*Appellant*,

v.

**THOMAS DWAYNE ODELL**,

*Appellee*.

ON APPEAL FROM THE 22ND JUDICIAL DISTRICT COURT OF HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14-1972

## APPELLANT'S UNOPPOSED MOTION TO DISMISS INTERLOCUTORY APPEAL

Appellant NCM Acquisitions, LLC, through undersigned counsel, respectfully moves to dismiss this interlocutory appeal pursuant to the parties' settlement of the case, and in support thereof states as follows:

1.     On 10 March 2015, Appellant perfected this interlocutory appeal of the trial court's order granting a temporary injunction in favor of Appellee. This Court accepted the appeal on 8 April 2015.

2.      The parties have reached a settlement agreement regarding the issues raised in this appeal.

3.      In accordance with the parties' settlement of all issues raised herein, Appellant moves the Court to dismiss this appeal, each party to bear its own costs.

4.      As noted in the certificate of conference, this motion is unopposed.

WHEREFORE, Appellant respectfully requests that its Unopposed Motion to Dismiss Interlocutory Appeal be GRANTED and that the appeal be dismissed.

Respectfully Submitted,

*/s/ J. Hyde*

_____
Dr. J. Hyde
State Bar No. 24027083
**THE J. HYDE LAW OFFICE, PLLC**
111 E. 17th Street #12015
Austin, TX 78711
Telephone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

*Attorney for Appellant*
*NCM Acquisitions, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Kent E. Wymore IV, counsel for Appellee, regarding this motion and that Mr. Wymore stated that he is **NOT OPPOSED** to the relief requested herein.

*/s/ J. Hyde*

_____

Dr. J. Hyde


## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Texas Rule of Appellate Procedure 9.5 and Local Rule 4(d), a copy of Appellant's Unopposed Motion to Dismiss Interlocutory Appeal was served upon the parties of record on this 30th day of April, 2015, via e-service:

Kent E. Wymore IV
1250 Capital of Texas Hwy. South
Building Three, Suite 400
Austin, TX 78746

*/s/ J. Hyde*

_____

Dr. J. Hyde